**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals
## Thirteenth District of Texas

June 29, 2015

Hon. Gilbert Lozano
District Clerk
546 W. Hidalgo Ave.
Raymondville, TX 78580
* DELIVERED VIA E-MAIL *

Re:    Cause No. 13-13-00257-CV
Tr.Ct.No. 2009-CV-0010-A
Style:  VIVIANA SOSA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DESTINY SOSA, A DECEASED CHILD, AND JESSE SOSA v. UNION PACIFIC RAILROAD COMPANY AND ERNESTO ORTEGON

      The mandate in the above cause inadvertently issued on June 29, 2015 is hereby WITHDRAWN by this Court. Should you have any questions, please feel free to contact me.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch

cc:    Hon. J. Lynn Watson (DELIVERED VIA E-MAIL)
       Hon. Marc G. Rosenthal (DELIVERED VIA E-MAIL)
       Hon. Norton A. Colvin Jr. (DELIVERED VIA E-MAIL)
       Hon. David I. Schoen (DELIVERED VIA E-MAIL)
       Hon. Mitchell Craig Chaney (DELIVERED VIA E-MAIL)
       Hon. Kent Geoffrey Rutter (DELIVERED VIA E-MAIL)